IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CONNECTQUEST LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>ŌURA HEALTH OY,<br>                Defendant. | Case No. 6:23-cv-00422<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff ConnectQuest LLC ("ConnectQuest") files this Complaint against Ōura Health Oy (hereinafter "Ōura") for infringement of United States Patent Nos. 9,219,990 and 9,681,264 (the "Patents-in-Suit"), and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Plaintiff ConnectQuest LLC is a s a limited liability company organized and existing under the laws of Connecticut with its principal place of business at 44 Hedgehog Lane, West Simsbury, CT 06092.

3.      On information and belief, defendant Ōura is a Finnish osakeyhtiö with its principal place of business at Elektroniikkatie 10, 90590, Oulu, Finland.

## JURISDICTION AND VENUE

4.      This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code, 35 U.S.C. § 1 et seq.

5.      This Court has jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

6.      On information and belief, Ōura, on their own and/or via their divisions, subsidiaries, partners, and affiliates maintain a corporate and commercial presence in the United States, including in the State of Texas and this judicial district, via at least 1 Ōura's online presence.

7.      On information and belief, Ōura, as well as the hardware and software components comprising the Ōura Products, which include without limitation the Ōura Ring and Ōura App, (collectively, "Ōura System") infringe (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

8.      This Court has personal jurisdiction over Ōura, at least, because it committed and continues to commit acts of infringement in this judicial district in violation of 35 U.S.C. §§ 271(a). In particular, on information and belief, Ōura has made, used, imported, offered to sell access to, and/or sold access to the accused Ōura Products in the Western District of Texas.

9.      On information and belief, Ōura is subject to the Court's jurisdiction because it regularly conducts and solicits business, or otherwise engages in other persistent courses of conduct in this judicial district, and/or derives substantial revenue from the use, sale, and distribution of goods and services, including but not limited to

the accused Ōura Products to individuals and businesses in the Western District of Texas.

10.     On information and belief, Ōura directly infringes the patents-in-suit in Texas, including specifically the Western District of Texas, at least, by making, using, importing, offering to sell access to, and/or selling access to the accused Ōura Products in the Western District of Texas.

11.     On information and belief, Ōura's customers located in the Western District of Texas have obtained access to and used the accused Ōura Products while located in the Western District of Texas

12.     On information and belief, Ōura has litigated and/or is litigating cases before this Court in which it admitted that venue was proper, did not contest personal jurisdiction and/or venue, and/or filed counterclaims. Specifically, Ōura has not contested venue and jurisdiction as a defendant in *Healthness LLC v. Ōura Health Oy,* Civil Case No. 6-22-cv-00868 (WDTX). Additionally, Ōura has filed suit in this district as the plaintiff in a patent infringement lawsuit in *Ōura Health Oy v. Circular SAS*, Civil Case No. 6-22-cv-00478 (WDTX).

13.     The Court has personal jurisdiction over Ōura, at least, because it has continuous business contacts in the State of Texas and in the Western District of Texas and Ōura has engaged in business activities including transacting business in the Western District of Texas and purposefully directing its business activities, including the sale or offer for sale of the Ōura Products to the Western District of Texas to induce, aid, abet, and/or contribute to the infringement of third parties in the Western District

of Texas, including without limitation the direct infringement of Ōura's customers located in the Western District of Texas through the use of Ōura Products while they are located within the Western District of Texas.

14. This Court has personal jurisdiction over Ōura because, *inter alia*, Ōura, on information and belief: (1) has committed acts of patent infringement in this Western District of Texas; (2) has substantial, continuous, and systematic contacts with this State and the Western District of Texas; (3) enjoys substantial income from its operations and sales in this State and the Western District of Texas; (4) has availed itself of Courts located in the Western District of Texas; and (5) solicits business relating to the Ōura Products in this State and the Western District of Texas.

15. On information and belief, Ōura supports and markets the Ōura Products in the State of Texas and this Judicial District, to customers and potential customers, who reside in the State of Texas and in this judicial district through various means, including through the efforts of its agents and/or employees who reside in the Western District of Texas.

16. Alternatively, this Court has personal jurisdiction over Ōura pursuant to Fed. R. Civ. P. 4(k)(2), to the extent it is not subject to personal jurisdiction in the courts of any state because Ōura is a foreign entity organized under the laws of Finland. Plaintiff's claims arise under federal patent law, and the exercise of jurisdiction satisfies due process requirements, at least because, upon information and belief, Ōura has systematic and continuous contacts throughout the United States by manufacturing,

importing, marketing, and/or distributing Ōura products by itself or through its parent corporation, subsidiaries and/or affiliates

17.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b), at least because Ōura is a foreign entity that may be sued in any judicial district.

## THE PATENTS-IN-SUIT

### United States Patent No. 9,219,990

18.    On December 22, 2015, the USPTO duly and legally issued United States Patent No. 9,219,990 ("the '990 patent") entitled "Real time data feeds in a close proximity notification system" to inventors David Moldavsky and Joseph A. Tocco.

19.    The '990 patent is presumed valid under 35 U.S.C. § 282.

20.    ConnectQuest owns all rights, title, and interest in the '990 patent.

21.    ConnectQuest has not granted Ōura an approval, an authorization, or a license to the rights under the '990 patent.

22.    The '990 patent relates to, among other things, location-dependent provision of data and information to a wireless communication device and the retrieval of information from a retrieval location.

### United States Patent No. 9,681,264

23.    On June 13, 2017, the USPTO duly and legally issued United States Patent No. 9,681,264 ("the '264 patent") entitled "Real time data feeds in a close proximity notification system" to inventors David Moldavsky and Joseph A. Tocco.

24.    The '264 patent is presumed valid under 35 U.S.C. § 282.

25.    ConnectQuest owns all rights, title, and interest in the '264 patent.

26.     ConnectQuest has not granted Ōura an approval, an authorization, or a license to the rights under the '264 patent.

27.     The '264 patent relates to, among other things, location-dependent provision of data and information to a wireless communication device and the retrieval of information from a retrieval location.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 9,219,990

28.     ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

29.     On information and belief, Ōura is in violation 35 U.S. C. § 271(a) with respect to one or more claims of the '990 patent.

30.     On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Products; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '990 patent.

31.     On information and belief, one or more components of the Ōura System employ and provide a method for providing real time data feeds (*e.g.*, providing live heart rate reading from the Ōura ring to the user) to a user of a mobile device (*e.g.*, user's smartphone).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

### How to Use Live Heart Rate

**1.** Go to your Home ⌂ tab to view your 24-hour heart rate graph card listed beneath your Activity Goal Progress. Here, you'll see your most recent heart rate reading with a time since label, indicating how up-to-date it is.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

### What is Live Heart Rate?

With Live Heart Rate, you can check in with your body at any time of day. A simple tap will give you immediate feedback on your heart rate in the present moment. Live Heart Rate can be accessed through the 24-hour heart rate graph.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

32.    On information and belief, one or more components of the Ōura System employ and provide a method for receiving a signal (*e.g.,* receiving a Bluetooth signal) from a geographic location that is positioned within a space defined by an effective reception range (*e.g.,* effective Bluetooth signal range) of a short-range wireless communication transmitter (*e.g.,* Ōura ring), wherein the signal is received from the short-range wireless communication transmitter (*e.g.,* Ōura ring), the signal includes an

identification code (*e.g.*, Bluetooth device address), and the receiving is by a mobile device (*e.g.*, user's smartphone) of a user located within the space.



*See e.g.*, https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

## What is Bluetooth Address (BD_ADDR)

Bluetooth Device Address (or BD_ADDR) is a unique 48-bit identifier assigned to each Bluetooth device by the manufacturer.

Bluetooth Address is usually displayed as 6 bytes written in hexadecimal and separated by colons (example - 00:11:22:33:FF:EE).

The upper half of a Bluetooth Address (most-significant 24 bits) is so called Organizationally Unique Identifier (OUI). It can be used to determine the manufacturer of a device (Bluetooth MAC Address Lookup form). OUI prefixes are assigned by the Institute of Electrical and Electronics Engineers (IEEE).

Additionally to identification, Bluetooth Device Address is used to determine the frequency hopping pattern in radio communication between Bluetooth devices.

*See e.g.,* https://macaddresschanger.com/what-is-bluetooth-address-BD_ADDR

**Device Proximity Guidelines**

Your Oura Ring must be within Bluetooth range in order to sync its recorded data with the Oura App. The ring will collect data even when in Airplane Mode or not connected to the app.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4408961184147-General-FAQs.

33.     On information and belief, one or more components of the Ōura System employ and provide a method for processing the signal on the mobile device, the processing including determining whether information associated with the signal is stored on the mobile device (*e.g.,* determining if an Ōura ring was previously paired based on the pairing information stored on the mobile device).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

34.     On information and belief, one or more components of the Ōura System employ and provide a method for identifying a retrieval location of the information

(*e.g.,* a memory location) based on the determining and on the signal, wherein the processing of the signal is performed exclusively by a software application (*e.g.,* processing by the Ōura App) located on the mobile device and independently of any networks.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

> <u>Bluetooth works using short-range radio waves</u>, not an internet connection. This means that Bluetooth will work anywhere you have two compatible devices — you don't need any sort of data plan, or even a cellular connection.

*See e.g.,* https://www.businessinsider.com/guides/tech/does-bluetooth-use-data?IR=T.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-

FAQs.

35.    On information and belief, one or more components of the Ōura System employ and provide a method based on the processing, for retrieving the information from the retrieval location using the mobile device (*e.g.,* downloading information from the Ōura Ring).

**Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



*See e.g.,* https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

36.    On information and belief, one or more components of the Ōura System employ and provide a method for locating a real time data feed (e.g., live heart rate reading from the Ōura ring) associated with the identification code (e.g., heart rate reading from the Ōura ring that is associated to a particular Bluetooth device address).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

**What is Live Heart Rate?**

With Live Heart Rate, you can check in with your body at any time of day. A simple tap will give you immediate feedback on your heart rate in the present moment. Live Heart Rate can be accessed through the 24-hour heart rate graph.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

**2.** Tap the large heart icon ♡ and if proper conditions are in place (balanced skin temperature, low motion, and a strong Bluetooth connection), it'll animate to a loading state. Hold still for 10 full seconds or until your measurement is complete.





**3.** After your 10-second reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



See e.g., https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

37.     On information and belief, one or more components of the Ōura System employ and provide a method for displaying the information and streaming the real time data feed on the mobile device (*e.g.*, displaying the live heart rate reading on Ōura App installed on the user's smartphone).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

**What is Live Heart Rate?**

With Live Heart Rate, you can check in with your body at any time of day. A simple tap will give you immediate feedback on your heart rate in the present moment. Live Heart Rate can be accessed through the 24-hour heart rate graph.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

**2.** Tap the large heart icon ♡ and if proper conditions are in place (balanced skin temperature, low motion, and a strong Bluetooth connection), it'll animate to a loading state. Hold still for 10 full seconds or until your measurement is complete.





**3.** After your 10-second reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



See e.g., https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

38.     ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count II – Infringement of United States Patent No. 9,681,264**

39.     ConnectQuest repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

40.     On information and belief, Ōura is in violation 35 U.S. C. § 271(a) with respect to one or more claims of the '264 patent.

41.     On information and belief, Ōura (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Ōura Products; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Ōura System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '264 patent.

42.     On information and belief, one or more components of the Ōura System employ and provide a method for providing real time data feeds (*e.g.*, providing live heart rate reading from the Ōura ring to the user) to a user of a mobile device (*e.g.*, user's smartphone).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

## How to Use Live Heart Rate

**1.** Go to your Home ⌂ tab to view your 24-hour heart rate graph card listed beneath your Activity Goal Progress. Here, you'll see your most recent heart rate reading with a time since label, indicating how up-to-date it is.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

## What is Live Heart Rate?

With Live Heart Rate, you can check in with your body at any time of day. A simple tap will give you immediate feedback on your heart rate in the present moment. Live Heart Rate can be accessed through the 24-hour heart rate graph.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.



See e.g., https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

43.    On information and belief, one or more components of the Ōura System employ and provide a method for receiving a signal (*e.g.,* receiving a Bluetooth signal) from a geographic location that is positioned within a space defined by an effective reception range (*e.g.,* effective Bluetooth signal range) of a short-range wireless communication transmitter (*e.g.,* Ōura ring), wherein the signal is received from the short-range wireless communication transmitter (*e.g.,* Ōura ring), the signal includes an

identification code (*e.g.*, Bluetooth device address), and the receiving is by a mobile device (*e.g.*, user's smartphone) of a user located within the space.



*See e.g.*, https://support.Ōuraring.com/hc/en-us/articles/4411128662291

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

## What is Bluetooth Address (BD_ADDR)

Bluetooth Device Address (or BD_ADDR) is a unique 48-bit identifier assigned to each Bluetooth device by the manufacturer.

Bluetooth Address is usually displayed as 6 bytes written in hexadecimal and separated by colons (example - 00:11:22:33:FF:EE).

The upper half of a Bluetooth Address (most-significant 24 bits) is so called Organizationally Unique Identifier (OUI). It can be used to determine the manufacturer of a device (Bluetooth MAC Address Lookup form). OUI prefixes are assigned by the Institute of Electrical and Electronics Engineers (IEEE).

Additionaly to identification, Bluetooth Device Address is used to determine the frequency hopping pattern in radio communication between Bluetooth devices.

*See e.g.,* https://macaddresschanger.com/what-is-bluetooth-address-BD_ADDR.

**Device Proximity Guidelines**

Your Oura Ring must be within Bluetooth range in order to sync its recorded data with the Oura App. The ring will collect data even when in Airplane Mode or not connected to the app.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4408961184147-General-FAQs.

44.    On information and belief, one or more components of the Ōura System employ and provide a method for processing the signal on the mobile device, the processing including identifying a retrieval location of information (*e.g.,* a memory location of the pairing information) associated with the signal.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

  

*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

45.    On information and belief, one or more components of the Ōura System employ and provide a method for wherein the processing the signal is performed exclusively by a software application (*e.g.,* processing by the Ōura App) located on the mobile device and independently of any networks (*e.g.,* forming Bluetooth connection independent of cellular network).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.



*See e.g.,* https://www.youtube.com/watch?v=FsHdMzLTUbU.

> <u>Bluetooth works using short-range radio waves</u>, not an internet connection. This means that Bluetooth will work anywhere you have two compatible devices — you don't need any sort of data plan, or even a cellular connection.

*See e.g.,* https://www.businessinsider.com/guides/tech/does-bluetooth-use-data?IR=T

46.     On information and belief, one or more components of the Ōura System employ and provide a method based on the processing, for retrieving the information from the retrieval location using the mobile device (*e.g.,* downloading information from the Ōura Ring).

**Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

Airplane Mode can only be enabled for a maximum of 7 days. This is because Airplane Mode is automatically disabled each time your ring is placed back on its charger. Once Airplane Mode is disabled upon this action, a data sync between your ring and app will be initiated upon re-charging. If you'd like to keep Airplane Mode enabled for extended periods of time, you'll still need to charge your ring every few days for optimal battery performance and daily use. Be sure to re-enable Airplane Mode following the completion of charging—instructions on how to do so can be found in this article.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/360025428394.



*See e.g.,* https://Ōuraring.com/.



*See e.g.,* https://Ōuraring.com/Ōura-experience.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/11752397946003-Sleep-Staging-FAQs.

47.     On information and belief, one or more components of the Ōura System employ and provide a method for locating a real time data feed (e.g., live heart rate reading from the Ōura ring) associated with the identification code (e.g., heart rate reading from the Ōura ring that is associated to a particular Bluetooth device address).



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4411128662291.

**How to Use Live Heart Rate**

**1.** Go to your Home ⌂ tab to view your 24-hour heart rate graph card listed beneath your Activity Goal Progress. Here, you'll see your most recent heart rate reading with a time since label, indicating how up-to-date it is.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

**What is Live Heart Rate?**

With Live Heart Rate, you can check in with your body at any time of day. A simple tap will give you immediate feedback on your heart rate in the present moment. Live Heart Rate can be accessed through the 24-hour heart rate graph.

*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.



See e.g., https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

48.     On information and belief, one or more components of the Ōura System employ and provide a method for displaying the information and streaming the real time data feed on the mobile device (*e.g.,* displaying the live heart rate reading on Ōura App installed on the user's smartphone).

### How to Use Live Heart Rate

**1.** Go to your Home 🏠 tab to view your 24-hour heart rate graph card listed beneath your Activity Goal Progress. Here, you'll see your most recent heart rate reading with a time since label, indicating how up-to-date it is.



*See e.g.,* https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.



See e.g., https://support.Ōuraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate.

49.     ConnectQuest has been damaged by the direct infringement of Ōura and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## JURY DEMANDED

50.     Pursuant to Federal Rule of Civil Procedure 38(b), ConnectQuest hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

ConnectQuest respectfully requests this Court to enter judgment in

ConnectQuest's favor and against Ōura as follows:

a.  finding that Ōura has infringed one or more claims of the '990 patent under 35

U.S.C. § 271(a);

b.  finding that Ōura has infringed one or more claims of the '264 patent under 35

U.S.C. § 271(a);

c.  awarding ConnectQuest damages under 35 U.S.C. § 284, or otherwise permitted

by law;

d.  awarding ConnectQuest pre-judgment and post-judgment interest on the

damages award and costs;

e.  awarding cost of this action (including all disbursements) and attorney fees

pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

f.  awarding such other costs and further relief that the Court determines to be just

and equitable.

Dated: June 6, 2023                     Respectfully submitted,

*/s/ Zachary H. Ellis*
Zachary H. Ellis*
Texas Bar No. 24122606
Tel: 512-829-7992

Of counsel:
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Richard Juang (*pro hac vice* to be filed)*
Oded Burger (*pro hac vice* to be filed)*
zellis@daignaultiyer.com

rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
rjuang@daignaultiyer.com
oburger@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182

*Attorneys for Plaintiff CONNECTQUEST* LLC

*Not admitted to practice in Virginia